IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YOLANDA FIGUEROA VELAZQUEZ | * |
| | * |
| Plaintiff | * |
| | * |
| | * Civil No. 97-1749(SEC) |
| v. | * Title VII – Sexual Harassment |
| | * |
| CARLOS C. RIVERA, et al. | * |
| | * |
| Defendants | * |

**PARTIAL JUDGMENT**

Pursuant to Opinion and Order of even date, plaintiff's claims of sexual harassment under 42 U.S.C. § 2000e-2(a)(1) are **DISMISSED**. Partial judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev 8/82)