IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YOLANDA FIGUEROA-VELAZQUEZ | * |
| Plaintiff | * |
| | * Civil No. 97-1749(SEC) |
| v. | * |
| CARLOS C. RIVERA, et. al. | * |
| Defendants | * |

## ORDER

The parties in this case were ordered on September 30th, 1999 **(Docket #48)** to file a Pre Trial Order by October 22, 1999. Over two months have passed since that deadline expired without the parties complying with this Court's order. Therefore, the Court is hereby *motu proprio* **GRANTING** the parties an extension until **January 21, 2000** to file the Pre-trial Order. However, the parties are admonished that failure to comply with this order will result in the imposition of sanctions pursuant to Local Rules 114, 314.4, and Fed. R. Civ. P. 16(f) and may entail the dismissal of this case for lack of prosecution pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED.**

In San Juan, Puerto Rico, this 29 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)