UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA FIGUEROA-VELAZQUEZ
   Plaintiff

      v.                    Civil No. 97-1749(SEC)

CARLOS C. RIVERA, et. al.
   Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #51<br>Motion Requesting Settlement Conference and Enlargement of Time to File Pre-Trial Order | Moot. |
| Docket #52<br>Informative Motion | **Noted**, and an extension of time is **GRANTED** to file for voluntary dismissal with prejudice until February 11, 2000. |

DATE: January 28, 2000

SALVADOR E. CASELLAS
United States District Judge


