IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA FIGUEROA-VELAZQUEZ

Plaintiff

v.

CARLOS C. RIVERA, et. al.

Defendants

Civil No. 97-1749(SEC)

## ORDER

Pending before the Court is a "Motion for Voluntary Dismissal with Prejudice" filed by the plaintiff exclusively **(Docket #54)**. Also before the Court is an "Informative Motion" filed by the defendants informing the Court that the case has been settled and requesting an extension of time to file for voluntary dismissal **(Docket #52)**. The Court has reviewed these motions together and is under the impression that the case has been settled, however the parties have not complied with Fed. R. Civ. P. 41(a)(1), which requires all parties to file a stipulation for voluntary dismissal in order for the Court to dismiss the case. Therefore, the parties are hereby **ORDERED** to comply with Fed. R. Civ. P. 41(a)(1) within ten (10) days of this Order, by filing a stipulation for voluntary dismissal with prejudice signed by all the parties, or their authorized legal representatives.

**SO ORDERED.**

In San Juan, Puerto Rico, this 9 day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)