# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

YOLANDA FIGUEROA-VELAZQUEZ  *
                            *
    Plaintiff                *
                            *   Civil No. 97-1749(SEC)
    v.                       *
                            *
CARLOS C. RIVERA, et. al.    *
                            *
    Defendants               *
*************************************

## JUDGMENT

Pursuant to the parties' "Motion for Voluntary Dismissal with Prejudice" (Docket #56), and to Fed.R.Civ.P. 41(a)(1), the above referenced action is hereby **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 29 day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)