*C*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

YOLANDA FIGUEROA-VELAZQUEZ    *
                           *
    Plaintiff                     *
                           *    **Civil No. 97-1749(SEC)**
        v.                 *
                           *
CARLOS C. RIVERA, et. al.         *
                           *
    Defendants               *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

Before the Court is the parties' joint Motion for Voluntary Dismissal with Prejudice. **(Docket #56)**. The Court has examined the same and finds that it complies with the requirements of Fed.R.Civ.P. 41(a)(1)(ii), therefore the above-referenced action is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment accordingly.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 3ᴰ day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge